**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| MGM GRAND HOTEL, LLC, | Case No.: 2:21-cv-01476-APG-NJK |
|     Plaintiff | **Order for Jurisdictional Discovery** |
| v. | |
| KEVIN CHANG SHENG LONG, | |
|     Defendant | |

    I ordered defendant Kevin Chang Sheng Long to demonstrate that diversity of citizenship exists to support my exercise of jurisdiction over this case. ECF No. 5. Long's response points out that the managing members of plaintiff MGM Grant Hotel, LLC appear to be Nevada residents. ECF No. 8 at 3. But Long does not identify the citizenship of all members of MGM Grand Hotel, LLC because the Nevada Secretary of State's records do not list all of the members. *Id.* I will allow the parties to conduct jurisdictional discovery to determine whether there is complete diversity.

    I ORDER that the parties may conduct jurisdictional discovery as to the citizenship of all parties to this case, including the members of plaintiff MGM Grand Hotel, LLC. By October 26, 2021, defendant Kevin Chang Sheng Long shall file a supplemental response to my order demonstrating that complete diversity exists. If Long does not file a response by that date, the case will be remanded.

    DATED this 20th day of August, 2021.

                                                       ANDREW P. GORDON
                                                       UNITED STATES DISTRICT JUDGE