1
2
3
4
5
6
7
8
9
10

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| MGM GRAND HOTEL, LLC d/b/a MGM GRAND;<br><br>                    Plaintiff,<br><br>v.<br><br>KEVIN CHANG SHENG LONG,<br><br>                    Defendant. | Case No.   2:21-cv-001476-APG-NJK<br><br>**SUBSTITUTION OF COUNSEL** |

Plaintiff MGM Grand Hotel, LLC d/b/a MGM Grand respectfully requests that Lawrence J. Semenza, III, Esq., with the law firm of Semenza Kircher Rickard, be substituted as its counsel of record in the above-captioned matter in the place and stead of Scott T. Whitworth, Esq.

DATED this 27th day of August, 2021.

> By: *Joseph A. Corbo, Jr., authorized representative*
> ON BEHALF OF MGM GRAND HOTEL, LLC
> d/b/a MGM GRAND

///

1

**CONSENT TO SUBSTITUTION**

Scott T. Whitworth, Esq. hereby consents to the substitution of Lawrence J. Semenza, III, Esq., with the law firm of Semenza Kircher Rickard, as the counsel of record for Plaintiff MGM Grand Hotel, LLC d/b/a MGM Grand in his place and stead.

DATED this 27th day of August, 2021.

                                               */s/ Scott T. Whitworth*
                                               Scott T. Whitworth, Esq., NV Bar No 15671
                                               6385 S. Rainbow Blvd., Ste. 500
                                               Las Vegas, Nevada 89118

I am duly admitted to practice in this District. I hereby accept the above and foregoing substitution of counsel for Plaintiff MGM Grand Hotel, LLC d/b/a MGM Grand. All future communications and/or correspondence should be directed as follows:

SEMENZA KIRCHER RICKARD
Lawrence J. Semenza, III, Esq.
Email: ljs@skrlawyers.com
10161 Park Run Drive, Suite 150
Las Vegas, Nevada 89145
Telephone: (702) 835-6803
Facsimile: (702) 920-8669

DATED this 27th day of August, 2021.

                                               SEMENZA KIRCHER RICKARD

                                               */s/ Lawrence J. Semenza, III*
                                               Lawrence J. Semenza, III, Esq., NV Bar No. 7174
                                               10161 Park Run Drive, Suite 150
                                               Las Vegas, Nevada 89145

**APPROVED.**

DATED: August 30, 2021

                                               UNITED STATES MAGISTRATE JUDGE