# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| MGM GRAND HOTEL,<br><br>    Plaintiff<br><br>v.<br><br>KEVIN CHANG SHENG LONG,<br><br>    Defendant | Case No.: 2:21-cv-01476-APG-NJK<br><br>**Order Deeming Order to Show Cause Satisfied** |

In light of the response to the order to show cause filed by plaintiff MGM Grand Hotel (ECF No. 12),

I ORDER that the order to show cause (ECF No. 5) is satisfied and I will not remand for lack of subject matter jurisdiction at this time.

DATED this 9th day of September, 2021.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE