Lawrence J. Semenza, III, Esq., Bar No. 7174
Email: ljs@skrlawyers.com
Christopher D. Kircher, Esq., Bar No. 11176
Email: cdk@skrlawyers.com
Jarrod L. Rickard, Esq., Bar No. 10203
Email: jlr@skrlawyers.com
Katie L. Cannata, Esq., Bar No. 14848
Email: klc@skrlawyers.com
SEMENZA KIRCHER RICKARD
10161 Park Run Drive, Suite 150
Las Vegas, Nevada 89145
Telephone: (702) 835-6803
Facsimile: (702) 920-8669

*Attorneys for Plaintiff MGM Grand Hotel, LLC
d/b/a MGM Grand*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| MGM GRAND HOTEL, LLC d/b/a MGM GRAND;<br><br>Plaintiff,<br><br>v.<br><br>KEVIN CHANG SHENG LONG,<br><br>Defendant. | Case No.   2:21-cv-001476-APG-NJK<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO FILE REPLY BRIEF IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT**<br><br>**(First Request)** |

Plaintiff MGM Grand Hotel, LLC d/b/a MGM Grand ("MGM") and Defendant Kevin Chang Sheng Long ("Long") (together, the "Parties"), by and through their undersigned counsel of record, hereby stipulate and agree to the following:

1.     On February 10, 2022, MGM filed a Motion for Summary Judgment against Long.  (ECF No. 22.)

2.     On February 22, 2022, Long filed an Opposition to the Motion for Summary Judgment.  (ECF No. 23.)

///

///

1

3. The Parties have agreed to continue the deadline for MGM to file a Reply in support of its Motion for Summary Judgment by one (1) week, up to and including March 15, 2022.

4. MGM seeks additional time to file its Reply in order to consult with MGM employees and representatives regarding the preparation of its Reply.

5. MGM also requires additional time to address Long's Opposition, given the nature of the arguments and allegations set forth therein.

6. MGM has not previously requested an extension of the deadline to file a Reply in support of its Motion for Summary Judgment.

Nothing in this stipulation shall be construed as a waiver or relinquishment of any party's rights, remedies, objections or defenses, all of which are expressly reserved. This stipulation is submitted in good faith and not for the purpose of delay.

DATED this 7th day of March, 2022.

SEMENZA KIRCHER RICKARD

*/s/ Katie L. Cannata*
Lawrence J. Semenza, III, Esq, Bar No. 7174
Katie L. Cannata, Esq., Bar No. 14848
10161 Park Run Drive, Suite 150
Las Vegas, Nevada 89145

*Attorneys for Plaintiff*

DATED this 7th day of March, 2022.

LAWRENCE C. HILL & ASSOCIATES

*/s/ Lawrence C. Hill*
Lawrence C. Hill, Esq., Bar No. 11989
Sean P. O'Callaghan, Esq., Bar No. 15447
3430 E. Flamingo Road, Suite 232
Las Vegas, Nevada 89121

*Attorneys for Defendant*

///

2

**ORDER**

IT IS HEREBY ORDERED that the time for MGM to file a Reply in support of its Motion for Summary Judgment is hereby extended by one (1) week, up to and including March 15, 2022.

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT JUDGE

Dated: March 8, 2022