Lawrence J. Semenza, III, Esq., Bar No. 7174
Email: ljs@skrlawyers.com
Christopher D. Kircher, Esq., Bar No. 11176
Email: cdk@skrlawyers.com
Jarrod L. Rickard, Esq., Bar No. 10203
Email: jlr@skrlawyers.com
Katie L. Cannata, Esq., Bar No. 14848
Email: klc@skrlawyers.com
SEMENZA KIRCHER RICKARD
10161 Park Run Drive, Suite 150
Las Vegas, Nevada 89145
Telephone: (702) 835-6803
Facsimile: (702) 920-8669

*Attorneys for Plaintiff MGM Grand Hotel, LLC d/b/a MGM Grand*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| MGM GRAND HOTEL, LLC d/b/a MGM GRAND,<br><br>Plaintiff,<br><br>v.<br><br>KEVIN CHANG SHENG LONG,<br><br>Defendant. | Case No.  2:21-cv-001476-APG-NJK<br><br>**STIPULATION AND ORDER TO CONDUCT DEPOSITION OF JENNIFER LONG AFTER CLOSE OF DISCOVERY** |

Plaintiff MGM Grand Hotel, LLC d/b/a MGM Grand ("MGM"), by and through its counsel, Lawrence J. Semenza, III, Esq., and Katie Cannata, Esq., of the law firm Semenza Kircher Rickard, and Defendant Kevin Chang Sheng Long ("Long"), by and through his counsel, Lawrence C. Hill, Esq., of Lawrence C. Hill & Associates (together, the "Parties"), hereby stipulate and agree to the following:

1. On April 8, 2022, MGM served a Notice of Subpoena for Deposition and to Produce Information in a Civil Action (the "Subpoena") to Jennifer Long ("J. Long"), as well as a Notice of Deposition of J. Long. As set forth therein, MGM noticed J. Long's deposition for April 27, 2022.

1

2.	J. Long is a witness in this matter and is the sister of Long. Specifically, J. Long previously coordinated and/or made partial payments toward the credit instruments at issue in this matter on behalf of Long. Accordingly, MGM believes that J. Long possesses valuable and relevant information concerning this action and thereby wishes to depose her.

3.	MGM made multiple attempts to personally serve J. Long with the Subpoena.

4.	On April 22, 2022, counsel for J. Long – Aparna S. Mathur, Esq. of Bird, Marella, Boxer, Wolpert, Nessim, Drooks, Licenberg & Rhow, P.C. – contacted MGM requesting that it reschedule J. Long's deposition for approximately thirty (30) days after April 27, 2022. J. Long's counsel also agreed to accept service of the Subpoena.

5.	The current discovery deadline in this matter is April 27, 2022.

6.	To accommodate both J. Long and her counsel, the Parties have agreed to reschedule J. Long's deposition for May 27, 2022, *i.e.* after the close of discovery in this matter.

7.	Conducting J. Long's deposition after the close of discovery will not impact or delay this action's trajectory. As the Court is aware, MGM filed a Motion for Summary Judgment on February 10, 2022 (the "MSJ"). (ECF No. 22.) Long filed an Opposition to the MSJ on February 22, 2022, and MGM filed its Reply on March 15, 2022. (ECF Nos. 23, 28.) To date, no hearing has been scheduled. Thus, J. Long's deposition will have no impact on the filing and/or adjudication of dispositive motions in this matter.

8.	Moreover, the deadline for the Parties to submit their joint pre-trial order will be suspended until MGM's MSJ is adjudicated. (*See* ECF No. 20.) As such, the timing of the Parties' joint pre-trial order will not be impacted by J. Long's May 27, 2022 deposition.

///
///
///
///
///
///
///
///

9. Considering the foregoing, MGM and Long stipulate and agree that J. Long's deposition be conducted after the close of discovery in this matter, on May 27, 2022.

This stipulation is made in good faith and not submitted for any improper purpose.

| | |
|---|---|
| DATED this 27th day of April, 2022. | DATED this 27th day of April, 2022. |
| SEMENZA KIRCHER RICKARD | LAWRENCE C. HILL & ASSOCIATES |
| */s/ Lawrence J. Semenza, III* | */s/ Lawrence C. Hill* |
| Lawrence J. Semenza, III, Esq, Bar No. 7174 | Lawrence C. Hill, Esq., Bar No. 11989 |
| Katie L. Cannata, Esq., Bar No. 14848 | Sean P. O'Callaghan, Esq., Bar No. 15447 |
| 10161 Park Run Drive, Suite 150 | 3430 E. Flamingo Road, Suite 232 |
| Las Vegas, Nevada 89145 | Las Vegas, Nevada 89121 |
| *Attorneys for Plaintiff* | *Attorneys for Defendant* |

IT IS SO ORDERED.

_____
United States Magistrate Judge

Dated: April 28, 2022