UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| MGM GRAND HOTEL, | Case No.: 2:21-cv-01476-APG-NJK |
|     Plaintiff | **Order Granting Judgment** |
| v. | |
| KEVIN CHANG SHENG LONG, | |
|     Defendant | |

On August 22, 2022, I granted summary judgment in favor of plaintiff MGM Grand Hotel on its claims against defendant Kevin Chang Sheng Long for breach of contract, conversion, and liability under Nevada Revised Statutes § 41.620. ECF No. 41.  On September 12, 2022, MGM consented to dismissing its remaining claims without prejudice. ECF No. 44. MGM also provided its calculation of prejudgment interest. *Id*.

I THEREFORE ORDER that MGM Grand Hotel's claims for Breach of the Implied Covenant of Good Faith and Fair Dealing and Unjust Enrichment are dismissed without prejudice.

I FURTHER ORDER that MGM is entitled to pre-judgment interest on the principal amount owed as allowed under Nevada Revised Statutes § 99.040(1) in the amount of $1,841,534.64, which is calculated as follows:

> Between October 13, 2018 and October 30, 2018, Long executed five credit instruments in favor of MGM totaling $8,660,400.00.  Long made payments totaling $1,864,675.00, leaving a principal balance of $6,795,725.00 owed.  From October 30, 2018 through September 12, 2022, the interest totals $1,841,534.64 ($1,303.28 per day for 1,413 days at the prime interest rate of 5% plus 2%, i.e. 7%).

I FURTHER ORDER that Judgment be entered in favor of plaintiff MGM Grand Hotel against defendant Kevin Chang Sheng Long in the total amount of $8,638,259.64, which is calculated as (a) the principal amount of $6,795,725.00 plus (b) statutory damages under Nevada Revised Statutes § 41.620 of $1,000.00 plus (c) prejudgment interest of $1,841,534.64.

I FURTHER ORDER that MGM is entitled to post-judgment interest as allowed by law from entry of judgment until paid in full.

I FURTHER ORDER that MGM may move for an award of its attorneys' fees and costs as allowed by contract, law, the Federal Rules of Civil Procedure, and the Local Rules.

DATED this 13th day of September, 2022.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE