UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| MGM GRAND HOTEL,<br><br>    Plaintiff<br><br>v.<br><br>KEVIN CHANG SHENG LONG,<br><br>    Defendant | Case No.: 2:21-cv-01476-APG-NJK<br><br>**Order Directing Entry of Judgment** |

I ORDER the clerk of court to enter final judgment in favor of plaintiff MGM Grand Hotel and against defendant Keving Chang Sheng Long as follows:

**A total award of $8,678,955.21** consisting of (1) the principal amount of $6,795,725.00 plus (2) statutory damages under Nevada Revised Statutes § 41.620 of $1,000.00 plus (3) prejudgment interest of $1,841,534.64[1] plus (4) attorney's fees in the amount of $37,422.50 plus (5) costs in the amount of $3,273.07.[2]  MGM is entitled to post-judgment interest as allowed by law from entry of judgment until paid in full.

DATED this 19th day of December, 2022.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE

---

[1] I ordered MGM to provide an updated prejudgment interest calculation, but MGM did not respond. ECF No. 50.  Consequently, I enter judgment on the amount of prejudgment interest in my September 13, 2022 order. ECF No. 46.

[2] Costs were taxed at ECF No. 49.