Lawrence C. Hill, Esq.
Nevada Bar No. 11989
Sean P. O'Callaghan, Esq.
Nevada Bar No. 15447
LAWRENCE C. HILL & ASSOCIATES
2020 W. Sunset Road
Henderson, NV 89014
Tel: (702) 530-5688
Fax: (702) 666-9109
Info@LVLegalHelp.com
Attorneys for Defendant
*Kevin Chang Sheng Long*

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| MGM GRAND HOTEL, LLC d/b/a MGM GRAND;<br><br>Plaintiff,<br><br>v.<br><br>KEVIN CHANG SHENG LONG,<br><br>Defendant. | Case No.   2:21-cv-001476-APG-NJK<br><br>**NOTICE OF APPEAL** |

Notice is hereby given that the appellant listed below hereby appeals to the United States Court of Appeals for the Ninth Circuit.

1. <u>Appellant</u>: Kevin Chang Sheng Long

2. <u>Judgment from Which the Appeal is Taken</u>: Judgment in a Civil Case, Docket # 53, entered on December 19, 2022, and all judgments and orders that merged into Docket # 53.

3. <u>Court to Which the Appeal is Taken</u>:  The United States Court of Appeals for the Ninth Circuit.

///

///

1

DATED this 19th day of December, 2022.

2

3                                                  LAWRENCE C. HILL & ASSOCIATES

4

5                                                  _____
                                                   Lawrence C. Hill, Esq.
6                                                  Nevada Bar No. 11989
                                                   Sean P. O'Callaghan, Esq.
7                                                  Nevada Bar No. 15447
                                                   Attorneys for Defendant-Appellant
8                                                  *Kevin Chang Sheng Long*

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

### <u>CERTIFICATE OF SERVICE</u>

I am employed by the law firm of LAWRENCE C. HILL & ASSOCIATES in Clark County. I am over the age of 18 and not a party to this action. The business address is 2020 W Sunset Road, Henderson, NV 89014.

On the 19th day of December, 2022, I served the document(s), described as:

### **NOTICE OF APPEAL**

☒   by sending ☐ original ☒ a true copy thereof

☒ a.   via **ECF System** *(You must attach the "Notice of Electronic Filing", or list all persons and addresses and attach additional paper if necessary)*

Lawrence J. Semenza, III, Esq., Bar No. 7174
Email: ljs@skrlawyers.com
Christopher D. Kircher, Esq., Bar No. 11176
Email: cdk@skrlawyers.com
Jarrod L. Rickard, Esq., Bar No. 10203
Email: jlr@skrlawyers.com
Katie L. Cannata, Esq., Bar No. 14848
Email: klc@skrlawyers.com
*Attorneys for the Plaintiff.*

☐ b.   **BY U.S. MAIL.** I deposited such envelope in the mail at Las Vegas, Nevada. The envelope(s) were mailed with postage thereon fully prepaid. I am readily familiar with Semenza Kircher Rickard's practice of collection and processing correspondence for mailing. Under that practice, documents are deposited with the U.S. Postal Service on the same day, which is stated in the proof of service, with postage fully prepaid at Las Vegas, Nevada in the ordinary course of business. I am aware that on motion of party served, service is presumed invalid if the postal cancellation date or postage meter date is more than one day after the date stated in this proof of service.

☐ c.   **BY PERSONAL SERVICE.**

☐ d.   **BY DIRECT EMAIL TO THE FOLLOWING.**

☐ e.   **BY FACSIMILE TRANSMISSION.**

I declare under penalty of perjury that the foregoing is true and correct.

*/s/Monica Carbajal*
An Employee of LAWRENCE C. HILL & ASSOCIATES